

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-17-2007

# Ruehl v. Viacom Inc

Precedential or Non-Precedential: Precedential

Docket No. 06-1463

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Ruehl v. Viacom Inc" (2007). *2007 Decisions.* Paper 337.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/337

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

<u>PRECEDENTIAL</u>

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———

No. 06-1463

———

JAMES H. RUEHL

v.

VIACOM, INC., successor by merger to CBS CORPORATION,
f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
<u>Appellant</u>

———

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 04-cv-0075)

———

ORDER AMENDING OPINION

At the direction of the Court, the opinion filed September 7, 2007 shall be amended so as to remove unnecessary references to the record.  An amended opinion shall be issued.  As the amendments are not substantive in nature, the filing of the revised opinion does not alter the filing date of this Court's judgement.

For the Court,

/s/ Marcia M. Waldron
Clerk

Date: September 17, 2007
CLW/cc: Amy E. Dias, Esq.
    Glen D. Nager, Esq.
    Lawrence D. Rosenberg, Esq.
    Robin S. Conrad, Esq.
    Colleen R. Johnston, Esq.
    Gary F. Lynch, Esq.